ON MOTION FOR REHEARING
COBB, Chief Judge.
Pursuant to motion for rehearing by the state, we certify to the supreme court as a question of great public importance the same question certified in Boyett v. State, 452 So.2d 958 (Fla. 2d DCA 1984):
IS A DEFENDANT WHO WAS PLACED ON PROBATION BEFORE OCTOBER 1, 1983, ENTITLED TO ELECT TO BE SENTENCED UNDER THE SENTENCING GUIDELINES AF *128 TER OCTOBER 1, 1983, UPON A REVOCATION OF HIS PROBATION?
DAUKSCH and FRANK D. UP-CHURCH, Jr., JJ., concur.